# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP EUGENE SANDERS,<br>Plaintiff,<br>v.<br>STEPHANIE JOHNSTON, *et al.*,<br>Defendants. | Case No. 1:26-cv-03985-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM |

Plaintiff Phillip Eugene Sanders proceeds pro se and in forma pauperis in this civil action. (Docs. 1 & 3). Plaintiff filed his initial complaint on May 26, 2026. (Doc. 1). On June 1, 2026, the Court screened Plaintiff's complaint and found that Plaintiff had failed to state any cognizable claims. (Doc. 4). The Court provided Plaintiff with leave to file an amended complaint or to notify the Court that he wished to stand on his complaint. (*Id.*).

Plaintiff filed a first amended complaint on June 30, 2026. (Doc. 6). Plaintiff's first amended complaint brings claims based on his assertion that in 2006 a bail bond agent and a corporate surety entity failed to reconvey title to a deed of trust related to a bail bond. Based on that alleged failure twenty years ago, plaintiff asserts eighteen counts against seven defendants, seemingly related to the allocation of a family trust following the death of the family patriarch in 2017. (*Id.*).

On July 23, 2026, the magistrate judge screened plaintiff's first amended complaint and

issued findings and recommendations recommending that plaintiff's first amended complaint be dismissed for failure to state a claim. (Doc. 7). The Court served the findings and recommendations on plaintiff and notified him that any objections were due within 30 days. (*Id.*). On August 24, 2026, Plaintiff filed objections, which include a motion for leave to file a second amended complaint. (Doc. 8). Plaintiff's objections do not meaningfully address the magistrate judge's findings that plaintiff's first amended complaint fails to state a claim. Rather, plaintiff argues that he should be provided yet another opportunity to amend his complaint. But plaintiff already was provided one opportunity to amend his complaint, and his objections fail to show that he could state a federal cause of action or any basis for diversity jurisdiction.

According to 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. Thus, the Court ORDERS:

1. The Findings and Recommendations issued on July 23, 2026, (Doc. 7), are ADOPTED in full;

2. Plaintiff's complaint is DISMISSED without leave to amend for failure to state a claim. This dismissal is without prejudice as to plaintiff's state law claims; and

3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: September 16, 2026

UNITED STATES DISTRICT JUDGE